**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE CORDERO, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CENTRAL MORTGAGE CO. and ) <br> DOES 1-20, ) <br> ) <br> Defendants. ) <br> ) | Case No. EDCV 09-2301 DSF (DTBx) <br><br> JUDGMENT |

_____

The Court having ordered that the case be dismissed by consent of Plaintiff as evidenced by lack of opposition to a motion to dismiss,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed without prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 2/16/10

                                               Dale S. Fischer <br>
                                    United States District Judge